IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES HEIRONIMUS, | § | |
| on behalf of himself and | § | |
| all others similarly situated | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CASE NUMBER 4:17-cv-00121 |
| | § | |
| CAVALRY PORTFOLIO SERVICES, LLC | § | |
| and RAUSCH, STURM, ISRAEL, | § | |
| ENERSON & HORNIK, LLC, | § | |
|     Defendants | § | |

## **DECLARATION OF MANUEL H. NEWBURGER**

I, the undersigned Manuel H. Newburger, make this declaration under penalty of perjury and state the following:

My name is Manuel H. Newburger. I am over eighteen years of age, of sound mind, and competent to make this declaration. I am the lead attorney for the defendants, and in that capacity, I have personal knowledge of the matters set forth in this declaration.

On May 18, 2018, Defendants sent out their notices as required by the Class Action Fairness Act, 28 U.S.C. § 1715. Exhibits A – C are true copies of those transmittals.

Signed this 24th day of August, 2018.

                                           /s/Manuel H. Newburger
                                             Manuel H. Newburger

## CERTIFICATE OF SERVICE

This is to certify that on the 24th day of August, 2018 a true copy of the above and foregoing Declaration was served through the Court's ECF system and by e-mail transmission on the persons on the service list below.

>/s/ Manuel H. Newburger
Manuel H. Newburger
Texas Bar No. 14946500
S.D. Texas Bar No. 23234
Barron & Newburger, P.C.
7320 N. MoPac Expy.
Suite 400
Austin, Texas 78731
Telephone: (512) 649-4022
Facsimile: (512) 279-0310
mnewburger@bn-lawyers.com

**SERVICE LIST:**

Ms. Dana Karni, Esq.
Karni Law Firm, P.C.
4635 Southwest Freeway
Suite 645
Houston, Texas 77027
Dana@KarniLawFirm.com

Mr. Brian L. Bromberg, Esq.
Bromberg Law Office, P.C.
Standard Oil Building
26 Broadway, 21st Floor
New York, New York 10004
brian@bromberglawoffice.com