# USPS PRIORITY MAIL

**UNITED STATES POSTAL SERVICE**

PLEASE PRESS FIRMLY

Flat Rate Mailing Envelope

Visit us at usps.com

**INTERNATIONAL RESTRICTIONS APPLY:**
Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.com or ask a retail associate for details.

USPS TRACKING #

9114 9012 3080 1092 3614 82

Label 400  Jan. 2013
7690-16-000-7948

From



7320 N. MoPac Expy
Ste 400
Austin, Texas 78731

Hon. Ken Paxton
Attorney General Of the State Of Texas
PO Box 12548
Austin TX 78711-2548

**TRY PRIORITY FLAT RATE MAIL PRE-PAID!**
- Built-in Tracking
- Postage rate locked forever
- No shipping label required
- Free package pickup

uspsstore.stamps.com/prepaid

Please Recycle

US POSTAGE
$6.700
PRIORITY
FROM 78731
APR 18 2018
stamps.com

0625000040506I

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F-P-PP © U.S. Postal Service; June 2012. All rights reserved.



**BARRON & NEWBURGER, P.C.**

Manuel H. Newburger*

Direct Dial: (512) 649-4022 | mnewburger@bn-lawyers.com

*Board Certified in Consumer and Commercial
Law by the Texas Board of Legal Specialization
Licensed in Texas and Colorado*

April 18, 2018

Hon. Ken Paxton
Attorney General of the State of Texas
PO Box 12548
Austin, TX 78711-2548

Re: *James Heironimus, on behalf of himself and all others similarly situated v. Cavalry Portfolio Services, LLC, and Rausch, Sturm, Israel, Enerson & Hornik, LLC;* Case No. 4:17-cv-00121 in the United States District Court for the Southern District of Texas, Houston Division

Dear General Paxton:

Enclosed please find a CD containing the documents and information required by 28 U.S.C. § 1715. One of the files on the CD contains the names of the class members. Texas class members will receive 100% of the settlement. In order to protect the privacy of consumers we have password-protected the file. Please contact me at the direct dial number above if you want the password. The remaining files are all a matter of public record, and they are not password-protected.

Thank you for your attention to this matter.

Yours truly,

BARRON & NEWBURGER, P.C.

Manuel H. Newburger

MHN/n

