



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope

Visit us at usps.com

INTERNATIONAL RESTRICTIONS APPLY:
Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.com or ask a retail associate for details.

USPS TRACKING #
9114 9012 3080 1092 3614 75

Label 400 Jan. 2013
7690-16-000-7948

$6.700
US POSTAGE
PRIORITY
FROM 78731
APR 18 2018
stamps.com
062S0000405061

PR
PO

PLEASE PRESS FIRMLY

TRY FLAT RATE
PRIORITY MAIL PRE-PAID!
- Built-in Tracking
- Postage rate locked forever
- No shipping label required
- Free Package Pickup
uspsstore.stamps.com/prepaid

B N
7320 N. MoPac Expy
Ste 400
Austin, Texas 78731

State Bar of Texas
Texas Law Center
1414 Colorado Street
Austin TX 78701-1627

Please Recycle

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F-P-PP © U.S. Postal Service; June 2012; All rights reserved.



**BARRON & NEWBURGER, P.C.**

Manuel H. Newburger*

Direct Dial: (512) 649-4022 | mnewburger@bn-lawyers.com

*Board Certified in Consumer and Commercial
Law by the Texas Board of Legal Specialization
Licensed in Texas and Colorado*

April 18, 2018

State Bar of Texas
Texas Law Center
1414 Colorado Street
Austin, Texas 78701

Re: *James Heironimus, on behalf of himself and all others similarly situated v. Cavalry Portfolio Services, LLC, and Rausch, Sturm, Israel, Enerson & Hornik, LLC;* Case No. 4:17-cv-00121 in the United States District Court for the Southern District of Texas, Houston Division

To Whom it May Concern:

Enclosed please find a CD containing the documents and information required by 28 U.S.C. § 1715. One of the files on the CD contains the names of the class members. Texas class members will receive 100% of the settlement. In order to protect the privacy of consumers we have password-protected the file. Please contact me at the direct dial number above if you want the password. The remaining files are all a matter of public record, and they are not password-protected.

Thank you for your attention to this matter.

Yours truly,

BARRON & NEWBURGER, P.C.

Manuel H. Newburger

MHN/n

