**Certificate of Service**

I hereby certify that on this August 27, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: August 27, 2018

/s/ Brian L. Bromberg
Brian L. Bromberg